NOT FOR FULL-TEXT PUBLICATION
File Name: 07a0302n.06
Filed: May 2, 2007

No. 06-1626

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| DICK'S SPORT CENTER, INC., | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| Plaintiff-Appellant, | ) | STATES DISTRICT COURT FOR THE |
| | ) | EASTERN DISTRICT OF MICHIGAN |
| v. | ) | |
| | ) | |
| RICHARD ALEXANDER, Director of | ) | |
| Industry Operations, Detroit Field | ) | |
| Division Bureau of Alcohol, Tobacco, | ) | |
| Firearms, and Explosives | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

Before: SUHRHEINRICH and GIBBONS, Circuit Judges; and HEYBURN, District Judge[*]

PER CURIAM. Plaintiff Dick's Sport Center (Dick's) appeals the district court's order granting the summary judgment motion of defendant Richard Alexander, Director of Industry Operations, Detroit Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives. Specifically, Dick's contends that its violations of the Gun Control Act, 18 U.S.C. §§ 921–31, were not "willful" within the meaning of the statute and therefore revocation of its license was inappropriate.

Having reviewed the parties' briefs and the applicable law, and having the benefit of oral argument, we conclude that a panel opinion further addressing the issues raised would serve no

---

[*]The Honorable John G. Heyburn II, United States District Judge for the Western District of Kentucky, sitting by designation.

jurisprudential purpose.  Therefore, on the grounds identified by the district court, we affirm the district court's order granting summary judgment to the defendant.